# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**CAMILLA Y. BARNEY**           Case No. 3:12-cv-127

                **Plaintiff,**

-vs-                                       Judge Walter H. Rice

**THE GEO GROUP, INC.**

                **Defendant.**

---

## ORDER

---

     **Service within 120 days of filing:** This action was filed April 27, 2012 as of the date of this Order, Plaintiff has filed neither a waiver of service nor proof of service on Defendant.

     Plaintiff is reminded that Fed. R. Civ. P. 4(m) requires the Court to dismiss an action in which service is not made within 120 days of filing the Complaint. Plaintiff's time for filing proof of service or waiver expires August 25, 2012 Unless proof of service is filed by that date, the Court will dismiss the Defendant from this action for lack of service of process.

     **DONE** and **ORDERED** in Dayton, Ohio, this 26th day of July, 2012.

                                                     s/ Walter H. Rice
                                            WALTER H. RICE, JUDGE
                                            UNITED STATES DISTRICT COURT