# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CAMILLA Y. BARNEY | : | Case No. 3:12cv127 |
| Plaintiff, | : | |
| -vs- | : | Judge Walter Herbert Rice |
| THE GEO GROUP, INC., | : | |
| Defendant. | : | |

## DISMISSAL ORDER

IT IS HEREBY ORDERED that this action is hereby dismissed, without prejudice, for lack of prosecution, proof of service not having been shown within 120 days of the filing of the complaint.

June 13, 2013

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

1